UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

DUSTIN PARKER AND PIPEKEEPERS,

               *Plaintiffs,*

      v.

CAYUGA NATION,

               *Defendant.*

**STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE PLEAD**

Civil No.: 5:24-cv-856-BKS-TWD

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that the Defendant, Cayuga Nation, have an extension of time to answer, move or otherwise act in connection with the Plaintiffs' Complaint, filed in the Cayuga County Supreme Court on July 8, 2024 and removed to this Court on July 8, 2024 (Dkt. Nos. 1-2), in the above-captioned action up to and including August 12, 2024.

Dated: July 26, 2024

| **BARCLAY DAMON LLP** | **NIXON PEABODY LLP** |
|---|---|
| *[signature]* | *[signature]* |
| David G. Burch, Jr., Esq. | Daniel J. Hurteau, Esq. |
| *Attorney for Defendant* | *Attorneys for Plaintiffs* |
| *Cayuga Nation* | *Dustin Parker and Pipekeepers* |
| 125 East Jefferson Street | 677 Broadway, 10th Floor |
| Syracuse, New York 13202 | Albany, New York 12207 |
| Telephone: (315) 425-2788 | Telephone: (518) 427-2650 |
| dburch@barclaydamon.com | dhurteau@nixonpeabody.com |

**SO ORDERED:**

                                              Hon. Thérèse Wiley Dancks
                                              U.S. Magistrate Judge

**ENTERED:**